**Opinion issued February 12, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00137-CV

————————————

## IN RE ANTHONY WAYNE NEYLAND, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Anthony Wayne Neyland, has filed a petition for writ of mandamus requesting that our Court compel the Honorable Pamela Medina, presiding judge of the Probate Court No. 2 of Harris County, to hold a hearing on relator's Application to Probate Will and Request for Letters Testamentary.[1] We deny the petition.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.

---

[1] The underlying case is *In re Estate of Roberto Cantu*, *Deceased*, cause number 540785, pending in the Probate Court No. 2 of Harris County, Texas, the Honorable Pamela Medina presiding.